JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| DARRELL NELSON, | ) | No. ED CV 15-2488-CAS (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| R. IVES, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: June 27, 2016

*/s/ Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE